IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JULIO PEREZ, JR., #852734 | § | |
| VS. | § | CIVIL ACTION NO. 5:08cv161 |
| DAVID L. HUDSON, ET AL. | § | |

**O R D E R**

Came on for consideration, the Plaintiff's motion to supplement (docket entry #45) his amended complaint with additional grievance documents that were returned to him beginning on December 22, 2008. The motion is reasonable. It is accordingly

**ORDERED** that the motion to supplement (docket entry #45) is **GRANTED**.

The Court notes that the complaint was filed on September 16, 2008. The Prison Litigation Reform Act of 1996 mandated that no action shall be brought by a prisoner "until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Civil rights claims filed before they were exhausted may be dismissed with prejudice. *See Underwood v. Wilson*, 151 F.3d 292 (5th Cir. 1998). The Plaintiff is placed on notice that the Defendants may raise the affirmative defense of failure to exhaust administrative remedies when they file a dispositive motion. *See Jones v. Bock*, 127 S.Ct. 910 (2007).

**SIGNED this 6th day of March, 2009.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE