IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JULIO PEREZ, JR., #852734 | § | |
| VS. | § | CIVIL ACTION NO. 5:08cv161 |
| DAVID L. HUDSON, ET AL. | § | |

### FINAL JUDGMENT

The Court having considered the complaint and rendered its decision by opinion issued this same date, it is hereby

**ORDERED** that the complaint is **DISMISSED**. The Plaintiff's claims, except for Claim A about Disciplinary Case No. 2008009225, are **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a). The Plaintiff's Claim A concerning Disciplinary Case No. 2008009225 is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**SIGNED this 1st day of July, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE